**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO REYES-BOSQUE,<br><br>Defendant. | ) Case No.: 05-cr-2239(1)-BEN<br>)<br>) **ORDER DENYING AS MOOT**<br>) **DEFENDANT'S MOTION FOR**<br>) **COMPASSIONATE RELEASE**<br>) **UNDER THE FIRST STEP ACT, 18**<br>) **U.S.C. § 3582(c)(1)(A)**<br>)<br>) **[ECF No. 441]** |

I. **INTRODUCTION**

Before the Court is Emilio Reyes-Bosque's motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). Federal Defenders, Inc., has reviewed the motion and indicated that assistance is not necessary.

II. **BACKGROUND**

On February 20, 2008, the Court sentenced Defendant to custody for a term of 210 months. According to the Government's response (July 13, 2021), Defendant was scheduled to be released from federal custody on November 30. 2021. According to the Bureau of Prison's inmate locater, Mr. Reyes-Bosque was released from custody on November 30, 2021.

III. **DISCUSSION**

The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear moot cases. *Iron Arrow Honor Soc'y v.*

-1-

1   *Heckler*, 464 U.S. 67, 70 (1983); *NAACP., Western Region v. City of Richmond*, 743

2   F.2d 1346, 1352 (9th Cir. 1984).  A case becomes moot if the "the issues presented are

3   no longer 'live' or the parties lack a legally cognizable interest in the outcome."

4   *Murphy v. Hunt*, 455 U.S. 478, 481 (1984).  When a prisoner is released from custody,

5   his motion for compassionate release becomes moot because there is no further relief

6   this Court can provide.  Even release to a halfway house or residential reentry center

7   may moot a motion for compassionate release.  *See e.g., United States v. McCain-Bray*,

8   No. 2:16cr00224-KJD-CWH, 2021 WL 5501103, at *1 (D. Nev. Nov. 23, 2021)

9   (motion for compassionate release rendered moot when defendant was released from

10  prison and transferred to a residential reentry center); *United States v. Makerson*, No.

11  1:04cr0064-MR-WCM-1, 2021 WL 4314464, at *1 (W.D.N.C. Sept. 22, 2021) ("Given

12  that the Defendant has now been released from Butner Low and has been transferred to

13  a halfway house, it appears that the basis for his compassionate release request is now

14  moot and should be denied on this basis alone."); *but see United States v. Tarabein*, No.

15  17cr0090-KD-B, 2021 WL 5181309 (S.D. Ala. Nov. 8, 2021) (denying compassionate

16  release on merits while defendant released by BOP on home confinement); *United*

17  *States v. Mathews*, No. CR 20-40029, 2021 WL 4523588 (D. S.D. Oct. 4, 2021) (same).

18          In this case, based on all indications, Defendant has been released from federal

19  custody and, as a result, this motion is moot.

20  **IV.    ORDER**

21          For the reasons set forth above, IT IS ORDERED that the motion be denied

22  without prejudice.

23          **IT IS SO ORDERED.**

24   DATED:    December 17, 2021

25                                                          **HON. ROGER T. BENITEZ**
                                                            United States District Judge

26

27

28

05-cr-2239(1)-BEN